# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 01CR2852-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| JOSE CASTANEDA-LOPEZ (1), | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Indictment and the Superseding Information in the above entitled case against defendant Jose Castaneda-Lopez are **dismissed without prejudice**. The defendant is hereby discharged and the bench warrant issued on December 20, 2004 is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 5, 2014

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE